**EXHIBIT 1:**  SCREEN SHOT FROM VIDEO

