**EXHIBIT 2:** INFRINGEMENT
URL: https://www.metro.pr/estilo-vida/2024/06/02/curiosos-y-sorprendentes-datos-de-los-tornados/

